and Appellant's motion for enlargement of time to file a certificate for review denied as moot.

No. 11–8019/AR. Josh R. Rittenhouse, Petitioner, v. United States, Respondent. CCA 20050411. Respondent's motion for extension of time to answer the show cause order granted, up to and including April 22, 2011.

Friday, April 8, 2011

Misc. No. 11–8020/AR. Joseph C. Bozicevich, Jr., Petitioner v. Tara A. Osborn, Colonel, U.S. Army, Military Judge, Anthony A. Cucolo III, Major General, U.S. Army, Convening Authority, The United States Army, and the United States, Respondents. CCA 20110173. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of mandamus and a motion for a stay of proceedings were filed under Rules 27(a) and 30 on this date.

No. 11–0431/AR. U.S. v. Clyde E. Callwood. CCA 20080577. Appellant's motion to extend time to file supplement to the petition for grant of review granted to April 27, 2011.

No. 11–0433/AR. U.S. v. John A. Hardick. CCA 20090042. Appellant's motion to extend time to file supplement to the petition for grant of review granted to April 27, 2011.